IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TERRANCE MOORE**                                                                                   **PLAINTIFF**
**ADC #105735**

v.                          CASE NO. 5:12CV00347 BSM

**JOHN H. SPEARS,** *et al.*                                                                         **DEFENDANTS**

### ORDER

The proposed findings and recommended disposition [Doc. No. 9] submitted by United States Magistrate Judge Joe Volpe and the objections thereto have been reviewed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion to dismiss [Doc. No. 4] is granted and plaintiff Terrance Moore's complaint [Doc. No. 1] is dismissed with prejudice.

2. Dismissal of Moore's complaint constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. Section 1915(g).

3. It is certified, pursuant to 28 U.S.C. Section 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 26th day of March 2013.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE