IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TERRANCE MOORE**  **PLAINTIFF**
**ADC #105735**

v.   **CASE NO. 5:12CV00347 BSM**

**JOHN H. SPEARS,** *et al.*   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice. It is certified, pursuant to 28 U.S.C. Section 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 26th day of March 2013.

_____
UNITED STATES DISTRICT JUDGE